STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DARLENE ROUSE,<br><br>                Defendant. | 14-cr-00643 EMC (JCS)<br>No. 1~~5-CR-027-VC (JSC)~~<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |

**I.     STIPULATION**

The parties stipulate to the following modification of Ms. Rouse's conditions of release: Ms. Rouse is allowed to enter the Tenderloin neighborhood for her job from 8:30am to 5:30pm Monday to Thursday from October 19, 2015 to October 22, 2015.

The parties respectfully inform the Court that Mr. Rouse's pre-trial services officer, Katrina Chu, has been informed of, and does not object to, this modification, as long as all other condition of her release remain the same.

STIPULATION AND [PROPOSED] ORDER            1

Respectfully submitted,

Dated:  October 20, 2015         /s/
_____
Galia Amram Phillips
Assistant Federal Public Defender


Dated: October 20, 2015          /s/
_____
Sarah Hawkins
Assistant United States Attorney

## II.     [~~PROPOSED~~] ORDER

Defendant Rouse's conditions of release are modified as follows:  Ms. Rouse is allowed to enter the Tenderloin neighborhood for her job from 8:30am to 5:30pm Monday to Thursday from October 19, 2015 to October 22, 2015.

All other conditions of release remain the same.

IT IS SO ORDERED.

Dated__10/20/15_____          _____
                                           HON. JOSEPH SPERO
                                           UNITED STATES MAGISTRATE JUDGE