STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Darlene ROUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-643 |
|---|---|
| Plaintiff, | **STIPULATION RE: WAIVER OF APPEARANCE AS TO DARLENE ROUSE** |
| v. | |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | |
| Defendant. | |

## I.     STIPULATION

Defendant Rouse has a state court appearance on July 6, 2016.  The parties stipulate that her appearance in this Court on that date is waived.

Respectfully submitted,

Dated: June 24, 2016          */s/*
                             _____
                             GALIA AMRAM
                             Assistant Federal Public Defender


Dated: June 24, 2016          */s/*
                             _____
                             SARAH K. HAWKINS
                             LLOYD A. FARNHAM
                             Assistant United States Attorney



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA