STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM
Assistant Federal Public Defender
DANIEL BLANK
Assistant Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
ELLEN LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:     (415) 436-7706

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-643 EMC |
|---|---|
| Plaintiff, | **STIPULATION RE: WAIVER OF APPEARANCE OF DARLENE ROUSE** |
| v. | |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | |
| Defendants. | |

*UNITED STATES V. MUMPHREY*, CR 14-643 EMC
STIPULATION RE: WAIVER OF APPEARANCE       1

## I. STIPULATION

Defendant Darlene Rouse is unable to excuse herself from work on September 20, 2016. The parties stipulate that her appearance on that date is waived.

Respectfully submitted,

Dated: September 15, 2016          */s/*
                                   _____
                                   GALIA AMRAM
                                   Assistant Federal Public Defender


Dated: September 15, 2016          */s/*
                                   _____
                                   SARAH K. HAWKINS
                                   LLOYD A. FARNHAM
                                   Assistant United States Attorneys



GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*UNITED STATES V. MUMPHREY*, CR 14-643 EMC
STIPULATION RE: WAIVER OF APPEARANCE          2